STATE OF CONNECTICUT *v.* JAMES SMALLS

The plaintiff's motion to dismiss the appeal from the Superior Court in Fairfield County is granted unless the defendant files a request for a finding and draft finding on or before November 4, 1974.

*Donald A. Browne,* state's attorney, for the appellee (state).

*Alan Neigher,* special public defender, for the appellant (defendant).

Argued October 1—decided October 1, 1974

STATE OF CONNECTICUT *v.* AEDAN McCARTHY

No one having appeared in support of the defendant's motion to dismiss the appeal from the Superior Court in New Haven County, the motion is dismissed.

*W. Paul Flynn,* assistant state's attorney, for the appellee (state).

No appearance for the appellant (defendant).

Argued October 1—decided October 1, 1974

ROBERT E. JOHNSON ET AL. *v.* FREDERICK A. FLAMMIA ET AL.

The plaintiffs' motion to dismiss the appeal from the Court of Common Pleas in Litchfield County is denied.

*Julius Watstein,* for the appellees (plaintiffs).

*David E. Kamins,* for the appellants (defendants).